No. 1045. NICHOLS ET AL. *v.* TODD, TRUSTEE, ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUS-

TICE DOUGLAS took no part in the consideration and decision of this application. *Mr. James V. Hayes* for petitioners.